JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG – 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHELLE LOMOTAN, an
individual,

        Plaintiff,

v.

BIOHORIZONS IMPLANT
SYSTEMS, INC., an Alabama
corporation; and DOES 1 through 50,
inclusive,

        Defendants.

Case No. 2:14-cv-09889-PA (MANx)

**[PROPOSED] ORDER ON
STIPULATION OF DISMISSAL
WITH PREJUDICE**

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1    Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS

2  HEREBY ORDERED that the case *Michelle Lomotan v. BioHorizons Implant*

3  *Systems, Inc., et al.,* Case No. 2:14-cv-09989-PA-MANx is dismissed in its entirety

4  with prejudice.  Each party is to bear its own respective fees and costs.  All pending

5  proceedings are vacated and no further proceedings shall take place in this action.

6    IT IS SO ORDERED.

7

8  Dated: August 5 , 2015

9

10                                    HON. PERCY ANDERSON
                                      JUDGE OF THE U. S. DISTRICT COURT
11                                    CENTRAL DISTRICT OF CALIFORNIA

12  Firmwide:134996470.1 083070.1001

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000